LAWRENCE SEAMAN v. UNITED STATES STEEL CORP.

June 12, 1979. Petition for certification denied. (See 166 *N.J.Super.* 467)

STATE OF NEW JERSEY v. WALTER L. CHANEY.

June 12, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JULIAN.

June 12, 1979. Petition for certification denied.

PEARL E. McALLISTER v. PORT AUTHORITY TRANSIT CORP.

June 12, 1979. Petitions for certification denied.

JOSEPH E. ALEXANDER v. DEPARTMENT OF CIVIL SERVICE.

June 12, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE MELVIN PIERCE.

June 12, 1979. Petition for certification denied.